**LANDMARK CREDIT UNION**
*You're worth more here.*

June 3, 2019

US BANKRUPTCY CLERKS OFFICE
EASTERN DIVISION
219 S DEARBORN
7TH FLOOR
CHICAGO, IL 60604

RE: Nestor & Lourdes Toro     BK-13 #18-14214

Dear Sir;

Please withdraw our claim filed as claim 1-1 in PACER. This has been paid in full.

Thank you for your consideration.

Sincerely,

Cheryl Kaye
(262)-796-6242
P.O. Box 510870
New Berlin, WI. 53151-0870
e-mail: cherylkaye@landmarkcu.com
or bankruptcy@landmarkcu.com

cc: Glenn Stearns



FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
AUG 06 2019
JEFFREY P. ALLSTEADT, CLERK
INTAKE 3