**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

Debtors <u>Nestor R. Toro, Jr., Lourdes L. Toro,</u>   Case No <u>18-14214</u>   Chapter <u>13</u>

Moving Creditor <u>M & T Bank as servicing agent for Lakeview Loan Servicing, LLC</u>   Date Case Filed <u>May 16, 2018</u>

Nature of Relief Sought:  ☒ Lift Stay   ☐ Annul Stay   ☐ Other (describe): __

Chapter 13   Date of Confirmation Hearing      Date Plan Confirmed   <u>August 3, 2018</u>

1. Collateral
   a.  ☒ Home
   b.  ☐ Car _____
   c.  ☐ Other (describe)_____

2. Balance Owed as of October 8, 2019 <u>$198,974.94</u>
   Total of all other Liens against Collateral <u>$0.00</u> (per debtor's schedule)

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the Debtors post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) <u>$250,000.00</u> (per Debtors' Schedules)

5. Default
   a.  ☐ Pre-Petition Default
         Number of months __    Amount $_____

   b.  ☒ Post-Petition Default
      i.   ☒ On direct payments to the moving creditor
           Number of months <u>3</u>    Amount $<u>6,037.73</u>
      ii.  ☐ On payments to the Standing Chapter 13 Trustee
           Number of months __    Amount $_____

6. Other Allegations
   a.  ☒ Lack of Adequate Protection § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid  Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv.  ☒ Other (describe) <u>Material payment default</u>

   b.  ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c.  ☐ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe) __
      ii.  ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d.  Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: <u>October 16, 2019</u>    Submitted By:    */s/Dana  O'Brien*
                                                 ARDC# 6256415
                                                 McCalla Raymer Leibert Pierce, LLC